IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:10-cr-006-MEF |
| | ) |
| ANTHONY McGEE | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 25, 2010 (Doc. #45), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that the defendant's motion to dismiss (Doc. #44) is DENIED.

DONE this the 6th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE